| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | Joren Bass, Bar No. 208143 |
| | JBass@perkinscoie.com |
| 3 | Allison Zamani, Bar No. 275136 |
| | AZamani@perkinscoie.com |
| 4 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 5 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7000 |
| 6 | Facsimile: 415.344.7050 |
| 7 | Attorneys for Defendant |
| | LIFEWAY FOODS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN C. PHELAN, | Case No. 12-CV-01309 EMC |
| Plaintiff, | **CLASS ACTION** |
| v. | **[PROP~~OS~~ED] ORDER TO STAY PROCEEDINGS FOR THIRTY DAYS AND TO EXTEND TIME FOR DEFENDANT LIFEWAY FOODS, INC.'S RESPONSE TO COMPLAINT** |
| LIFEWAY FOODS, INC., an Illinois corporation, | |
| Defendant. | |

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-2, the Stipulation of the parties, and good cause appearing:

1. This action and all proceedings and claims thereto are hereby stayed until August 31, 2012.

2. All applicable time periods and deadlines from the date of the start of the stay to the time when the stay is lifted are hereby vacated.

3. Defendant's answer or other response to Plaintiff's First Amended Class Action Complaint shall be filed on or before September 14, 2012.

**IT IS SO ORDERED.**

Dated: 8/13/12 _____

IT IS SO ORDERED

Judge Edward M. Chen

82387-0001/LEGAL24280303

1

[PROPOSED] ORDER TO STAY PROCEEDINGS AND TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT                                CASE NO. 12-CV-01309 EMC