1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Joren Bass, Bar No. 208143
   JBass@perkinscoie.com
3  Allison Zamani, Bar No. 275136
   AZamani@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
6  Facsimile:  415.344.7050

7  Attorneys for Defendant
   LIFEWAY FOODS, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12

13  JOHN C. PHELAN,                    Case No. 12-CV-01309 EMC

14              Plaintiff,             **CLASS ACTION**

15       v.                            **[PROPOSED] ORDER TO STAY
                                       PROCEEDINGS FOR THIRTY DAYS AND
16  LIFEWAY FOODS, INC., an Illinois   TO EXTEND TIME FOR DEFENDANT
    corporation,                       LIFEWAY FOODS, INC.'S RESPONSE TO
17                                     COMPLAINT**
                Defendant.

---

[PROPOSED] ORDER TO STAY PROCEEDINGS AND TO EXTEND TIME FOR DEFENDANT'S RESPONSE
TO COMPLAINT                                                CASE NO. 12-CV-01309 EMC

# [PROP~~OS~~ED] ORDER

Pursuant to Civil Local Rule 6-2, the Stipulation of the parties, and good cause appearing:

1. This action and all proceedings and claims thereto are hereby stayed until August 31, 2012.

2. All applicable time periods and deadlines from the date of the start of the stay to the time when the stay is lifted are hereby vacated.

3. Defendant's answer or other response to Plaintiff's First Amended Class Action Complaint shall be filed on or before September 14, 2012.

**IT IS SO ORDERED.**

Dated: 8/13/12

*IT IS SO ORDERED*
*Judge Edward M. Chen*

82387-0001/LEGAL24280303

1
[PROPOSED] ORDER TO STAY PROCEEDINGS AND TO EXTEND TIME FOR DEFENDANT'S RESPONSE
TO COMPLAINT                                          CASE NO. 12-CV-01309 EMC