# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN C. PHELAN**, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LIFEWAY FOODS, INC.**, an Illinois corporation<br><br>Defendant. | Case No. 12-CV-01309 EMC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MOTION TO DISMISS HEARING AND THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 15, 2012<br>Hearing Date: November 2, 2012<br>Hearing Time: 9:00 a.m.<br>Dept.: Courtroom 5, 17th Floor<br>Before: Hon. Edward M. Chen |

Upon due consideration of the parties' Stipulation to continue the Motion to Dismiss Hearing and Case Management Conference set for November 2, 2012, and for good cause shown, the Court hereby GRANTS the parties' Stipulation.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff shall have until October 19, 2012, to respond to Defendant's Motion;

2. Defendant shall have until October 26, 2012, to file a Reply in support of Defendant's Motion;

3. The November 2, 2012, Motion Hearing is continued until November 20, 2012.

3

4. The November 2, 2012, Case Management Conference is continued until January 4, 2013. at 9:00 a.m. A joint CMC Statement shall be filed by December 27, 2012.

Dated: October 23, 2012

The Honorable Judge Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen