**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JOHN C. PHELAN**, as an individual and on behalf of all others similar situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**LIFEWAY FOODS, INC.**, an Illinois corporation<br><br>    Defendant. | Case No. 12-CV-01309 EMC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: March 15, 2012<br><br>Before: Hon. Edward M. Chen |

Upon due consideration of the Joint Stipulation to Extend Deadline for Plaintiff to File Second Amended Complaint ("Stipulation"), and for good cause shown, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED THAT the Plaintiff shall have until December 28, 2012 to file his Second Amended Complaint.

Dated: __12/14/12__

_____
The Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*