1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7      JOHN C. PHELAN,                              Case No.  12-cv-01309-JST

                    Plaintiff,
8
                                                    **ORDER RE: VOLUNTARY DISMISSAL**
       v.
9                                                   Re: Dkt. No. 49
       LIFEWAY FOODS, INC.,
10
                    Defendant.
11

12         Before the Court is Plaintiff John Phelan's "Notice" of Voluntary Dismissal Without

13   Prejudice, Dkt. No. 49 (March 19, 2013).

14         Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits Plaintiff to voluntarily dismiss his

15   case without an order of this Court only if the notice is filed "before the opposing party serves

16   either an answer or a motion for summary judgment."  Defendant's Answer was filed on January

17   11, 2013.  That rule, cited in Plaintiff's "Notice," therefore does not apply.

18         Rule 41(a)(1)(A)(ii) provides Plaintiff the alternative of filing a stipulation of dismissal

19   signed by all parties who have appeared.  Plaintiff's filing is signed only by his counsel.  That rule

20   also does not apply.

21         Consequently, Plaintiff's "Notice" of voluntary dismissal had no effect and Plaintiff's

22   claims were not dismissed.  Good cause appearing, the Court hereby vacates the case management

23   conference currently scheduled for Wednesday, March 20, 2013.  The Court will hold a case

24   management conference in this matter on May 1, 2013, at 2:00 p.m.

25         **IT IS SO ORDERED**.

26   Dated: March 19, 2013

27                                                  _____

28                                                  Jon S. Tigar
                                                    United States District Judge

United States District Court
Northern District of California